UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MAURICE D. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 2:11-CV-00114-JAW |
| | ) |
| PENOBSCOTT BAY HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 26, 2011 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on May 5, 2011. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the case is <u>DISMISSED</u> for lack of federal jurisdiction.

SO ORDERED.

/s/John A. Woodcock, Jr.  
JOHN A. WOODCOCK, JR.  
Chief United States District Judge

Dated this 6th day of May, 2011.